# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D16-5631

———————————————

EDWIN WINFORD,

Appellant,

v.

STEPHANIE ANDERSON,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

February 6, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Edwin Winford, pro se, Appellant.

Stephanie Anderson, pro se, Appellee.